JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEPHEN HILD and LOIS HILD,<br><br>                              Plaintiffs,<br><br>           v.<br><br>BANK OF AMERICA, N.A., and<br>NATIONSTAR MORTGAGE, LLC,<br><br>                              Defendants. | Case No. EDCV 14-2126 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment by Defendant Nationstar Mortgage, LLC is GRANTED. Plaintiffs Stephn Hild and Lois Hild's second amended complaint is DISMISSED.

   Judgment is entered in favor of Defendant.

Dated: July 31, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge